[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 8, 2009
THOMAS K. KAHN
CLERK

No. 08-13958
Non-Argument Calendar

_____

D. C. Docket No. 07-60207-CR-WJZ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAZARO VILLALBA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(May 8, 2009)

Before TJOFLAT, DUBINA and HILL, Circuit Judges.

PER CURIAM:

Richard F. Della Fera, appointed counsel for Lazaro Villalba in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED**, and Villalba's conviction and sentence are **AFFIRMED**. The motion for appointment of alternate counsel is DENIED.